**EXHIBIT 2**

| Page 1 of 1 | **Operations Bulletin** | OB19-01 |
|---|---|---|
| **Effective: 1 FEB 2019** | | **Expires: 1 JUL 2019** |

# Engine Start Guidelines

**Bulletin Purpose:** Provide guidance on *Engine Starts* for maintenance acceptance, verification or calibration on revenue flights.

**General**
Occasionally crew members conducting revenue flights may be requested by maintenance to conduct an ***engine start*** for a maintenance acceptance, verification, or calibration, i.e., to comply with a DDG, (disconnect an IDG) or check for a leak.

**Engine Starts by Line Crew Member Guidelines**
- As part of a revenue flight
- When requested by maintenance for the purpose of acceptance, verification or calibration
- Follow all Normal Before Start, Start, Shutdown, and After Shutdown Procedures and Checklists
- Not above ***IDLE POWER***

> **Note:** *Unless specifically trained, crew members will not perform maintenance **engine run-ups**.*

**FOM**
There is a bulletin to the FOM in process which will be submitted to the FAA.