# EXHIBIT LIST

1. OB-19-01
2. OB-19-04
3. 747 and 767 Engine data
4. 747-400 Idle Thrust Hazard area
5. 747-400 Maintenance Engine run Hazard area
6. 747-400 Minimum Thrust to move hazard area
7. 747-400 Take Off Power hazard area
8. Boeing Maintenance Manual Jet Blast
9. FOM – Excerpts
10. 747-8 FCOM – Excerpts
11. 767 FCOM – Excerpts
12. GMM – Excerpts
13. Sept52018 MxtoCrew re Meal Voucher
14. CrewMsgtoMX - re no on Voucher
15. Sidor and Arnold Emails
16. Performing Maintenance Run _ Start